UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Jiao Yi CHEN,

                Plaintiff,

-against-

UNITED STATES CITIZENZHIP AND IMMIGRATION SERVICE & USCIS OFFICE OF THE GENERAL COUNSEL,

                Defendants.

24-CV-7016 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

    IT IS HEREBY ORDERED that, within sixty (60) days of service of the summons and complaint, the parties must meet and confer in a good-faith attempt to settle this action. If the parties do not reach a settlement within this timeframe, the parties shall file a joint letter with the Court either: (1) requesting additional time to confer to reach a resolution; or (2) request that the Court proceed with an initial pretrial conference. This letter shall be filed within seventy (70) days of service of the summons and complaint.

Dated: September 19, 2024
       New York, New York

                                SO ORDERED.

                                *Jessica Clarke*

                                JESSICA G. L. CLARKE
                                United States District Judge